# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2022-3035
LT Case No. 2022-300318-CFDB

_____

ABUANTHONY A. ALIM,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Raul A. Zambrano, Judge.

Matthew J. Metz, Public Defender, and Jane C. Almy, Assistant Public Defender, Daytona Beach, for Appellant.

Abuanthony A. Alim, Lawtey, pro se.

Ashley Moody, Attorney General, Tallahassee, and Robin A. Compton, Assistant Attorney General, Daytona Beach, for Appellee.


June 4, 2024


PER CURIAM.

AFFIRMED.

MAKAR, HARRIS, and MACIVER, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---